UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                             Case No.  07-cr-133-01-SM

Francis Ndemi Mwangi

O R D E R

Defendant Mwangi's motion to continue the final pretrial conference and trial is granted  (document 10).   Trial has been rescheduled for the December 2007 trial period.   Defendant Mwangi  shall file a waiver of speedy trial rights not later than September 4, 2007.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  November  26, 2007 at 3:00 p.m.

**Jury Selection**:  December 4, 2007 at 9:30 a.m.

Case 1:07-cr-00133-SM   Document 11   Filed 08/23/07   Page 2 of 2

2

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

August 23, 2007

cc: Paul Garrity, Esq.
    Arnold Huftalen, AUSA
    US Probation
    US Marshal